# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TRACEY A. SEAY,

    *Petitioner*,

vs.

STATE OF NEVADA, *et al.,*

    *Respondents*.

2:12-cv-00005-KJD-PAL

ORDER

This represented habeas matter under 28 U.S.C. § 2241 comes before the Court for initial review of the amended petition (#6). Following such review, service of this order and the amended petition will be directed for a response.

IT THEREFORE IS ORDERED that the Clerk shall forward a copy of both this order and the amended petition (#6) to the **Marshal** for service and that the Marshal shall effect personal service upon **District Attorney Steven B. Wolfson, at the Office of the District Attorney, 200 Lewis Avenue, Las Vegas, Nevada 89101**, or wherever he otherwise personally may be found most efficiently and promptly by the Marshal.

IT FURTHER IS ORDERED that the Clerk shall informally electronically serve the **Nevada Attorney General, Catherine Cortez-Masto**, with a copy of this order and of the amended petition (#6).

IT FURTHER IS ORDERED that, within **fourteen (14) days** of the respective service of this order, counsel with the respective respondents each shall enter a notice of appearance. Either or both counsel may reflect in their notice of appearance that counsel for

a particular respondent will be taking primary responsibility in responding to the petition. Counsel for the other respondent thereafter may defer to the counsel taking such primary responsibility for the response without the need for further filings particularly by that counsel. In other words, in the event that counsel for the District Attorney takes primary responsibility for responding to the petition, counsel for the Attorney General thereafter may merely monitor the file, or vice versa if the matter is handled differently.

IT FURTHER IS ORDERED, that, following the filing of the respective notice of appearance, the Clerk of Court, upon request of counsel, shall regenerate notices of electronic filing for all prior filings in the case. **The Court's intent is that respondents' counsel thereby promptly and efficiently may request and obtain copies of all filings in this matter prior to the notice of appearance.**

IT FURTHER IS ORDERED, that, within **thirty (30) days** of service on the respondent taking primary responsibility in responding, counsel shall file a response to the amended petition. **Counsel should note the observations at pages 1 to 2, with the supporting citations in note 1, in the prior order (#5) prior to raising any defenses premised upon lack of custody, abstention from federal review as to pending state criminal proceedings, and/or deferential review under the Antiterrorism and Effective Death Penalty Act (AEDPA).**

IT FURTHER IS ORDERED that petitioner shall have **thirty (30) days** to file an opposition if a motion to dismiss is filed or a reply if an answer is filed.

IT FURTHER IS ORDERED that counsel shall apprise the Court of the then-current state of proceedings in the challenged prosecution in each of their filings.

DATED: June 18, 2012

_____
KENT J. DAWSON
United States District Judge